**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **FIGUEROA TELEPHONE CONSTRUCTION INC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **66-0830613** |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **CARR 115 KM 25 H8** <br> **BO ASOMANTE** <br> **AGUADA, PR 00602** <br> Number, Street, City, State & ZIP Code | **PO BOX 2003** <br> **AGUADA, PR 00602** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **AGUADA** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**            Case number *(if known)* _____
_____
Name

---

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2371

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**
   Name                               Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**                    Case number (*if known*) _____

Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

4/02/25  5:32PM

Debtor    **FIGUEROA TELEPHONE CONSTRUCTION INC**        Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 2, 2025** _____
          MM / DD / YYYY

**X** **/s/ ELIAS DE JESUS FIGUEROA CORTES** _____       **ELIAS DE JESUS FIGUEROA CORTES** _____
Signature of authorized representative of debtor                Printed name

Title    **PRESIDENT** _____

---

**18. Signature of attorney**

**X** **/s/ JAIME RODRIGUEZ PEREZ** _____      Date   **April 2, 2025** _____
Signature of attorney for debtor                        MM / DD / YYYY

**JAIME RODRIGUEZ PEREZ**
Printed name

**Hatillo Law Office, PSC**
Firm name

**Urb. Rexville**
**BB-20 Calle 38**
**Bayamon, PR 00957**
Number, Street, City, State & ZIP Code

Contact phone   **787-262-4848** _____      Email address   **hatillolawoffice@yahoo.com** _____

**221011 PR** _____
Bar number and State

---

### CORPORATE RESOLUTION

------ I, **MARÍA CORTÉS PÉREZ**, of legal age, married, resident of San Sebastián, and Secretary of the corporation known as **FIGUEROA TELEPHONE CONSTRUCTION INC.**, a corporation organized under the laws of the Commonwealth of Puerto Rico, hereinafter the "Corporation," hereby certify that the following resolution has been approved by the majority of the Corporation's Board of Directors and that the same is in full force and effect: ----------

----- **WHEREAS** the Board of Directors of the Corporation was duly convened for a regular meeting. -------------------------------------------------------------------------------------------------

----- **WHEREAS** the quorum required by the Corporation's bylaws to vote on matters affecting the Corporation was duly established. -------------------------------------------------------------------

----- **WHEREAS** the Board considered the designation of individuals authorized to act on behalf of the Corporation, including the authority to sign, request, submit, negotiate, and execute any documents required by or on behalf of **FIGUEROA TELEPHONE CONSTRUCTION INC.** -------------------------------------------------------------------------------

----- **WHEREAS**, after due consideration, a vote was taken: ------------------------------------------



> **"RESOLVED,"** that **ELIAS DE JESUS FIGUEROA CORTÉS**, as PRESIDENT of **FIGUEROA TELEPHONE CONSTRUCTION INC.**, considering the need to take appropriate measures to manage the Corporation's financial situation, is authorized to file for bankruptcy in Puerto Rico. --------------------------------------------------------------------------------------------
>
> **"RESOLVED,"** that **ARMANDO SÁNCHEZ VÁZQUEZ**, as VICE PRESIDENT of **FIGUEROA TELEPHONE CONSTRUCTION INC.**, considering the need to take appropriate measures to manage the Corporation's financial situation, is authorized to file for bankruptcy in Puerto Rico. --------------------------------------------------------------------------------------------
>
> **"RESOLVED,"** that **ELIAS DE JESUS FIGUEROA CORTÉS**, as PRESIDENT, is authorized to represent the Corporation in filing a bankruptcy petition in Puerto Rico on behalf of **FIGUEROA TELEPHONE CONSTRUCTION INC.** This authorization includes, but is not limited to, submitting all necessary documentation, signing all related forms, and managing any legal proceedings required to carry out said process. ------------------------------------------------
>
> **"RESOLVED,"** that **ELIAS DE JESUS FIGUEROA CORTÉS**, as PRESIDENT, is empowered to retain and coordinate the services of legal and financial advisors as deemed necessary for the efficient development of the bankruptcy process, as well as to make decisions directly related to this matter. -------------------------------------------------------------------------------------

1

----- The undersigned certifies that the above resolution appears in the Corporation's official records and that it has not been altered, amended, or revoked; furthermore, it is certified that said resolution was adopted in accordance with applicable law and the Corporation's bylaws and remains in full force and effect. -------------------------------------------------------------

----- **IN WITNESS WHEREOF**, as President of the Corporation, **ELIAS DE JESUS FIGUEROA CORTÉS** signs this document to so affirm, this Tuesday, March 25, 2025, in Aguada, Puerto Rico. ------------------------------------------------------------------------------------------------

----- **IN WITNESS WHEREOF**, as Vice President of the Corporation, **ARMANDO SÁNCHEZ VÁZQUEZ** signs this document to so affirm, this Monday, March 31st, 2025, in Puerto Rico. --

----- **IN WITNESS WHEREOF**, as Secretary of the Corporation, I sign this Corporate Resolution and affix the corporate seal this Monday, March 31st, 2025, in Aguada, Puerto Rico.

President´s Signature
Elías De Jesús Figueroa-Cortés

Vice President´s Signature
Amando Luís Sánchez Vázquez

Secretary Signature
María Cortés Pérez



2

**Fill in this information to identify the case:**

Debtor name    **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  2, 2025**         X **/s/ ELIAS DE JESUS FIGUEROA CORTES**
                                          Signature of individual signing on behalf of debtor

                                          **ELIAS DE JESUS FIGUEROA CORTES**
                                          Printed name

                                          **PRESIDENT**
                                          Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| Debtor name | **FIGUEROA TELEPHONE CONSTRUCTION INC** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARMANDO SANCHEZ VAZQUEZ PO BOX 2003 AGUADA, PR 00602 | | PERSONAL LOAN | | | | $70,350.00 |
| AXESA DIGITAL MARKETING $ MEDIAA PO BOX 191225 SAN JUAN, PR 00919-1225 | | PUBLICITY | | | | $2,000.00 |
| BANCO POPULAR PO BOX 363228 SAN JUAN, PR 00936-3228 | | CREDIT CARD PURCHASE | | | | $22,364.72 |
| CAPEX FINANCIAL COMPANY INC PO BOX 193064 SAN JUAN, PR 00919-3064 | | 2007 INTERNATIONAL 7000 7300, BLACK COLOR, TWO DOORS, IDENTIFICATION PLATE: H84065, VIN NUMBER: 1HTWBAAN27J42 2041. LOCATION:CARR 115 KM 25 H8 BO ASOM | | $58,548.00 | $40,000.00 | $18,548.00 |

Debtor  **FIGUEROA TELEPHONE CONSTRUCTION INC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CAPEX FINANCIAL COMPANY INC PO BOX 193064 SAN JUAN, PR 00919-3064 | | 2011 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H87610, VIN NUMBER: 1FDUF4GY2BEA6 3170. LOCATION:CARR 115 KM 25 H8 BO ASOMAN | | $54,096.00 | $40,000.00 | $14,096.00 |
| CAPEX FINANCIAL COMPANY INC PO BOX 193064 SAN JUAN, PR 00919-3064 | | 2011 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H90149, VIN NUMBER: 1FDUF4GY2BEC4 2082. LOCATION:CARR 115 KM 25 H8 BO ASOMAN | | $52,128.00 | $40,000.00 | $12,128.00 |
| CAPEX FINANCIAL COMPANY INC PO BOX 193064 SAN JUAN, PR 00919-3064 | | 2019 BACKHOE LOADER - DIGGER MODEL: 310L, VIN NUMBER: 1T0310LXTKF3485 90. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602. | | | | $104,220.00 |
| CAPEX FINANCIAL COMPANY INC PO BOX 193064 SAN JUAN, PR 00919-3064 | | 2017 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H101934, VIN NUMBER: 1FDUF4HY6HEB3 8122. LOCATION:CARR 115 KM 25 H8 BO ASOMA | | $89,400.00 | $40,000.00 | $49,400.00 |
| CRIM PO BOX 195387 SAN JUAN, PR 00919-5387 | | PERSONAL PROPERTY TAXES 2016 - $619.47 2022 - $747.04 | | | | $1,366.51 |

Debtor  **FIGUEROA TELEPHONE CONSTRUCTION INC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MUNICIPIO DE AGUADA PO BOX 517 AGUADA, PR 00602** | | **MUNICIPAL PATENT** | | | | **$16,836.52** |
| **PAC WESTERN FINANCIAL 222 S MAIN ST 5TH FLOOR SALT LAKE CITY, UT 84101** | | **BUSINESS LOAN** | | | | **$40,000.00** |
| **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** | | **2022 FORD F150 SUPERCREW BLACK COLOR, FOUR DOORS, IDENTIFICATION PLATE:1118123, VIN NUMBER: 1FTFW1E85NFB27 196. LOCATION:CARR 115 KM 25 H8 BO ASOMANT** | | | | **$66,832.90** |
| **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** | | **2021 RAM PROMASTER 1500 1500 WHITE COLOR, THREE DOORS, IDENTIFICATION PLATE: 1047193, VIN NUM: 3C6ERVNG3ME50 5114. LOCATION:CARR 115 KM 25 H8 BO ASOM** | | | | **$48,689.52** |
| **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** | | **2022 FORD F550, SUPER DUTY, WHITE COLOR, FOUR DOORS, IDENTIFICATION PLATE: H92712, VIN NUMBER: 1FD0W5HT9NED3 8318. LOCATION:CARR 115 KM 25 H8 BO ASOMA** | | **$100,966.66** | **$70,000.00** | **$30,966.66** |

Debtor **FIGUEROA TELEPHONE CONSTRUCTION INC**           Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** | | **2022 FORD F250 SUPER DUTY BLACK COLOR, FOUR DOORS, IDENTIFICATION PLATE:1151705, VIN NUMBER: 1FT7W2BT6NEG08115. LOCATION:CARR 115 KM 25 H8 BO ASOMAN** | | | | **$162,028.85** |
| **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** | | **2022 FORD F150 RAPTOR BLUE COLOR, FOUR DOORS, IDENTIFICATION PLATE:1110745, VIN NUMBER: 1FTFW1RG3NFB19387. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, A** | | | | **$137,256.76** |
| **SMALL BUSINESS ADM DISASTER ASSISTANCE 14925 KINGSPORT ROAD FORT WORTH, TX 76155-2243** | | **EMERGENCY LOAN** | | | | **$75,000.00** |
| **STATE INSURANCE FUND CORP PO BOX 365208 SAN JUAN, PR 00936-5028** | | **INSURANCE POLICY DEBT** | | | | **$25,000.00** |
| **WW GAS STATION PO BOX 1144 AGUADA, PR 00602** | | **GASOLINE (GAS) SUPPLIER** | | | | **$4,718.01** |

**Fill in this information to identify the case:**

Debtor name  **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................  $       **499,203.15**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................  $       **499,203.15**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $       **355,138.66**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $       **18,203.03**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$       **758,460.76**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b       $       **1,131,802.45**

**Fill in this information to identify the case:**

Debtor name     **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number *(if known)*  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **BANCO POPULAR COMMERCIAL FLEXI ACCOUNT LOCATION: AGUADA BRANCH.** | **CHECKINGS** | 4098 | $1.00 |
| 3.2. | **FIRST BANK BUSINESS PLUS CORP ACCOUNT LOCATION: AGUADA BRANCH.** | **CHECKINGS** | 2608 | $1.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $2.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| Debtor | **FIGUEROA TELEPHONE CONSTRUCTION INC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**11a. 90 days old or less:**      115,222.30    -    57,611.15   = ....      **$57,611.15**

         face amount           doubtful or uncollectible accounts

**11b. Over 90 days old:**      80,000.00    -    40,000.00   =....      **$40,000.00**

         face amount           doubtful or uncollectible accounts

**12.**    **Total of Part 3.**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$97,611.15**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2022 FORD F550, SUPER DUTY, WHITE COLOR, FOUR DOORS, IDENTIFICATION PLATE: H92712, VIN NUMBER: 1FD0W5HT9NED38318. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | $70,000.00 | | $70,000.00 |

| Debtor | **FIGUEROA TELEPHONE CONSTRUCTION INC** | Case number *(If known)* | |
| | Name | | |

| 47.2. | **2017 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H101934, VIN NUMBER: 1FDUF4HY6HEB38122. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$40,000.00** | **$40,000.00** |
| 47.3. | **2011 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H90149, VIN NUMBER: 1FDUF4GY2BEC42082. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$40,000.00** | **$40,000.00** |
| 47.4. | **2007 INTERNATIONAL 7000 7300, BLACK COLOR, TWO DOORS, IDENTIFICATION PLATE: H84065, VIN NUMBER: 1HTWBAAN27J422041. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$40,000.00** | **$40,000.00** |
| 47.5. | **2011 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H87610, VIN NUMBER: 1FDUF4GY2BEA63170. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$40,000.00** | **$40,000.00** |
| 47.6. | **2006 FORD F-450, ETI BUCKET TRUCK, IDENTIFICATION PLATE: 1020172, VIN NUMBER: 1FDXF46YX6ED65004. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$35,000.00** | **$35,000.00** |
| 47.7. | **2005 FORD F-250, IDENTIFICATION PLATE: 787322, VIN NUMBER: 1FTSW20P55EB16806. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$35,000.00** | **$35,000.00** |
| 47.8. | **2005 INTERNATIONAL TRUCK 4300, IDENTIFICATION PLATE: H83724, VIN NUMBER: 1HTMMAAN35H119713. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$35,000.00** | **$35,000.00** |
| 47.9. | **2000 FREIGHTLINER FL70 , PLATFORM, IDENTIFICATION PLATE: H42799, VIN NUMBER: 1FV6HILBA5YHF46078. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | **$35,000.00** | **$35,000.00** |

Debtor **FIGUEROA TELEPHONE CONSTRUCTION INC**                    Case number *(If known)*
         Name

| | | | |
|---|---|---|---|
| 47.10 · | **2023 HOMEMADE TRAILER, IDENTIFICATION PLATE: 175501A, VIN NUMBER: PRAG2023P1000404. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | $5,000.00 | $5,000.00 |
| 47.11 · | **2023 HOMEMADE TRAILER, IDENTIFICATION PLATE: 17500A, VIN NUMBER: PRAG20239P1000403. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | $5,000.00 | $5,000.00 |
| 47.12 · | **2023 HOMEMADE TRAILER, IDENTIFICATION PLATE: 175518A, VIN NUMBER: PRAG20230P1000435. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | $5,000.00 | $5,000.00 |
| 47.13 · | **2023 HOMEMADE TRAILER, IDENTIFICATION PLATE: 175519A, VIN NUMBER: PRAG20232P1000436. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | $5,000.00 | $5,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **TOOLS INVENTORY**

       **2 ELECTRIC GENERATOR $350.00**
       **3 WIRE LASHER $5,000.00**
       **10 HANDIGGER $1,200.00**
       **1 PRESSURE MACHINE $250.00**
       **4 CORRING TOOLS $265.00**
       **4 WIRE CUTTER $150.00**
       **3 HAMMER DRILL $625.00**
       **HAND TOOLS $3,550.00**
       **15 DRILL $200.00**                          $11,590.00          $11,590.00

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.                    | $401,590.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 9:**    **Real property**

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**       Case number *(If known)* _____
         <sub>Name</sub>

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **FIGUEROA TELEPHONE CONSTRUCTION INC**                    Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $97,611.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $401,590.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $499,203.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $499,203.15 |

**Fill in this information to identify the case:**

Debtor name    **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **CAPEX FINANCIAL COMPANY INC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2011 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H90149, VIN NUMBER: 1FDUF4GY2BEC42082. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | | $52,128.00 | $40,000.00 |

**PO BOX 193064
SAN JUAN, PR 00919-3064**

Creditor's mailing address

Describe the lien
**Automobile loan**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred
2020**

☑ No

**Last 4 digits of account number
4739**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

| 2.2 | **CAPEX FINANCIAL COMPANY INC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2007 INTERNATIONAL 7000 7300, BLACK COLOR, TWO DOORS, IDENTIFICATION PLATE: H84065, VIN NUMBER: 1HTWBAAN27J422041. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | | $58,548.00 | $40,000.00 |

**PO BOX 193064
SAN JUAN, PR 00919-3064**

Creditor's mailing address

Describe the lien
**Automobile loan**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Debtor  **FIGUEROA TELEPHONE CONSTRUCTION INC**  Case number (if known)
_____
Name

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**4991**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CAPEX FINANCIAL COMPANY INC** | | $54,096.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2011 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H87610, VIN NUMBER: 1FDUF4GY2BEA63170. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.**

**PO BOX 193064**
**SAN JUAN, PR 00919-3064**
Creditor's mailing address

**Describe the lien**
**Automobile loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**5261**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CAPEX FINANCIAL COMPANY INC** | | $89,400.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2017 FORD F450, SUPER DUTY, WHITE COLOR, TWO DOORS, IDENTIFICATION PLATE: H101934, VIN NUMBER: 1FDUF4HY6HEB38122. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.**

**PO BOX 193064**
**SAN JUAN, PR 00919-3064**
Creditor's mailing address

**Describe the lien**
**Automobile loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**5509**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **FIGUEROA TELEPHONE CONSTRUCTION INC**
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **POPULAR AUTO** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**2022 FORD F550, SUPER DUTY, WHITE
COLOR, FOUR DOORS, IDENTIFICATION
PLATE: H92712, VIN NUMBER:
1FD0W5HT9NED38318.
LOCATION:CARR 115 KM 25 H8 BO
ASOMANTE, AGUADA  PR 00602.**
_____

**PO BOX 366818
SAN JUAN, PR 00936-6818**
_____
Creditor's mailing address

$100,966.66          $70,000.00

**Describe the lien**
**Automobile loan**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**9622**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $355,138.66

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name   **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,366.51 | $747.04 |
|---|---|---|---|---|

| **CRIM** | *Check all that apply.* |
| **PO BOX 195387** | ☐ Contingent |
| **SAN JUAN, PR 00919-5387** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| | **PERSONAL PROPERTY TAXES** |
| **2016** | **2016 - $619.47** |
| | **2022 - $747.04** |

| Last 4 digits of account number **0613** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,836.52 | $16,836.52 |
|---|---|---|---|---|

| **MUNICIPIO DE AGUADA** | *Check all that apply.* |
| **PO BOX 517** | ☐ Contingent |
| **AGUADA, PR 00602** | ☐ Unliquidated |
| | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
| **2020 TO 2025** | **MUNICIPAL PATENT** |

| Last 4 digits of account number **0613** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **FIGUEROA TELEPHONE CONSTRUCTION INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**ARMANDO SANCHEZ VAZQUEZ**
**PO BOX 2003**
**AGUADA, PR 00602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **0613**

As of the petition filing date, the claim is: *Check all that apply.*    **$70,350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PERSONAL LOAN**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

**AXESA DIGITAL MARKETING $ MEDIAA**
**PO BOX 191225**
**SAN JUAN, PR 00919-1225**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **7533**

As of the petition filing date, the claim is: *Check all that apply.*    **$2,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PUBLICITY**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

**BANCO POPULAR**
**PO BOX 363228**
**SAN JUAN, PR 00936-3228**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **4912**

As of the petition filing date, the claim is: *Check all that apply.*    **$22,364.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CREDIT CARD PURCHASE**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

**CAPEX FINANCIAL COMPANY INC**
**PO BOX 193064**
**SAN JUAN, PR 00919-3064**

Date(s) debt was incurred  **09/2023**

Last 4 digits of account number  **5348**

As of the petition filing date, the claim is: *Check all that apply.*    **$104,220.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2019 BACKHOE LOADER - DIGGER MODEL: 310L, VIN NUMBER: 1T0310LXTKF348590. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**PAC WESTERN FINANCIAL**
**222 S MAIN ST 5TH FLOOR**
**SALT LAKE CITY, UT 84101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **0303**

As of the petition filing date, the claim is: *Check all that apply.*    **$40,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BUSINESS LOAN**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**POPULAR AUTO**
**PO BOX 366818**
**SAN JUAN, PR 00936-6818**

Date(s) debt was incurred  **07/2022**

Last 4 digits of account number  **9558**

As of the petition filing date, the claim is: *Check all that apply.*    **$66,832.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2022 FORD F150 SUPERCREW BLACK COLOR, FOUR DOORS, IDENTIFICATION PLATE:1118123, VIN NUMBER: 1FTFW1E85NFB27196. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.**

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor **FIGUEROA TELEPHONE CONSTRUCTION INC**

Case number (if known) _____

Name

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,256.76 |
|---|---|---|---|

**POPULAR AUTO**
**PO BOX 366818**
**SAN JUAN, PR 00936-6818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2022**

Basis for the claim:  **2022 FORD F150 RAPTOR**

Last 4 digits of account number  **7122**

**BLUE COLOR, FOUR DOORS, IDENTIFICATION PLATE:1110745, VIN NUMBER: 1FTFW1RG3NFB19387.**
**LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,028.85 |
|---|---|---|---|

**POPULAR AUTO**
**PO BOX 366818**
**SAN JUAN, PR 00936-6818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/2023**

Basis for the claim:  **2022 FORD F250 SUPER DUTY**

Last 4 digits of account number  **8554**

**BLACK COLOR, FOUR DOORS, IDENTIFICATION PLATE:1151705, VIN NUMBER: 1FT7W2BT6NEG08115.**
**LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,689.52 |
|---|---|---|---|

**POPULAR AUTO**
**PO BOX 366818**
**SAN JUAN, PR 00936-6818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2020**

Basis for the claim:  **2021 RAM PROMASTER 1500 1500**

Last 4 digits of account number  **7973**

**WHITE COLOR, THREE DOORS, IDENTIFICATION PLATE: 1047193, VIN NUM: 3C6ERVNG3ME505114.**
**LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**SMALL BUSINESS ADM**
**DISASTER ASSISTANCE**
**14925 KINGSPORT ROAD**
**FORT WORTH, TX 76155-2243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **EMERGENCY LOAN**

Last 4 digits of account number  **8106**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**STATE INSURANCE FUND CORP**
**PO BOX 365208**
**SAN JUAN, PR 00936-5028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017, 2018, 2019**

Basis for the claim:  **INSURANCE POLICY DEBT**

Last 4 digits of account number  **0613**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,718.01 |
|---|---|---|---|

**WW GAS STATION**
**PO BOX 1144**
**AGUADA, PR 00602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **GASOLINE (GAS) SUPPLIER**

Last 4 digits of account number  **0613**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FIGUEROA TELEPHONE CONSTRUCTION INC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **LCDO ROBERTO GONZALEZ SANCHEZ** <br> **127 COLON ST** <br> **AGUADA, PR 00602** | Line **3.12** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 **SMALL BUSINESS ADM** <br> **PO BOX 3918** <br> **PORTLAND, OR 97208-3918** | Line **3.10** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 **SMALL BUSINESS ADMINISTRATION** <br> **PO BOX 3918** <br> **PORTLAND, OR 97208-3918** | Line **3.10** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.4 **US DEPARTMENT OF JUSTICE** <br> **950 PENNSYLVANIA AVENUE NW** <br> **WASHINGTON, DC 20530** | Line **3.10** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.5 **US DEPARTMENT OF TREASURE** <br> **1500 PENNSYLVANUA AVE NW** <br> **WASHINGTON, DC 20220** | Line **3.10** <br><br> ☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 18,203.03 |
| **5b. Total claims from Part 2** | 5b. + | $ 758,460.76 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 776,663.79 |

**Fill in this information to identify the case:**

Debtor name    **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number *(if known)*

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **AUTOMOBILE LEASE CONTRACT ENTERED BETWEEN DEBTOR AND CREDITOR CAPEX FINANCIAL. ACCOUNT NUMBER: XX5348.** <br> **THE PROPERTY CONSIST OF 2019 BACKHOE LOADER - DIGGER** <br> **MODEL: 310L, VIN NUMBER: 1T0310LXTKF348590.** <br> **LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA PR 00602.** <br> **AUTOMOBILE LEASE MATURITY DATE: AUGUST , 2028** <br> **LEASE BALANCE: $104,220.00** <br> **RESIDUAL OR SALVAGE VALUE OF: $0.00** | |
| State the term remaining | | |
| List the contract number of any government contract | | **CAPEX FINANCIAL COMPANY INC** <br> **PO BOX 193064** <br> **SAN JUAN, PR 00919-3064** |

4/02/25  5:32PM

Debtor 1  **FIGUEROA TELEPHONE CONSTRUCTION INC**                                      Case number (*if known*)  _____

First Name        Middle Name        Last Name

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **AUTOMOBILE LEASE CONTRACT ENTERED BETWEEN DEBTOR AND CREDITOR POPULAR AUTO. ACCOUNT NUMBER: 02-500-88321-00-19558. THE PROPERTY CONSIST OF 2022 FORD F150 SUPERCREW WHITE COLOR, FOUR DOORS, IDENTIFICATION PLATE:1118123, VIN NUMBER: 1FTFW1E85NFB27196. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA PR 00602. AUTOMOBILE LEASE MATURITY DATE: JANUARY , 2028 LEASE BALANCE: $66,832.90 RESIDUAL OR SALVAGE VALUE OF: $16,940.00** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** |

4/02/25  5:32PM

Debtor 1   **FIGUEROA TELEPHONE CONSTRUCTION INC**                Case number *(if known)* _____

First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **AUTOMOBILE LEASE CONTRACT ENTERED BETWEEN DEBTOR AND CREDITOR POPULAR AUTO. ACCOUNT NUMBER: 02-500-88321-00-17122. THE PROPERTY CONSIST OF 2022 FORD F150 RAPTOR BLUE COLOR, FOUR DOORS, IDENTIFICATION PLATE:1110745, VIN NUMBER: 1FTFW1RG3NFB19387. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA PR 00602. AUTOMOBILE LEASE MATURITY DATE: NOVEMBER , 2027 LEASE BALANCE: $137,256.76 RESIDUAL OR SALVAGE VALUE OF: $33,250.00** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** |

4/02/25 5:32PM

Debtor 1  **FIGUEROA TELEPHONE CONSTRUCTION INC**
   First Name   Middle Name   Last Name     Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.4.   State what the contract or lease is for and the nature of the debtor's interest

**AUTOMOBILE LEASE CONTRACT ENTERED BETWEEN DEBTOR AND CREDITOR POPULAR AUTO. ACCOUNT NUMBER: 02-500-88321-00-17122. THE PROPERTY CONSIST OF 2022 FORD F250 SUPER DUTY BLACK COLOR, FOUR DOORS, IDENTIFICATION PLATE:1151705, VIN NUMBER: 1FT7W2BT6NEG08115. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA PR 00602. AUTOMOBILE LEASE MATURITY DATE: NOVEMBER , 2028 LEASE BALANCE: $162,028.85 RESIDUAL OR SALVAGE VALUE OF: $41,611.85**

State the term remaining

List the contract number of any government contract    _____

**POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818**

4/02/25  5:32PM

Debtor 1   **FIGUEROA TELEPHONE CONSTRUCTION INC**                              Case number (*if known*) _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **AUTOMOBILE LEASE CONTRACT ENTERED BETWEEN DEBTOR AND CREDITOR POPULAR AUTO. ACCOUNT NUMBER: 02-500-88321-00-17122. THE PROPERTY CONSIST OF 2021 RAM PROMASTER 1500 1500 WHITE COLOR, THREE DOORS, IDENTIFICATION PLATE: 1047193, VIN NUM: 3C6ERVNG3ME505114. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA PR 00602. AUTOMOBILE LEASE MATURITY DATE: NOVEMBER , 2028 LEASE BALANCE: $48,689.52 RESIDUAL OR SALVAGE VALUE OF: $11,690.50** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **POPULAR AUTO PO BOX 366818 SAN JUAN, PR 00936-6818** |

Official Form 206G              **Schedule G: Executory Contracts and Unexpired Leases**              Page 5 of 5

**Fill in this information to identify the case:**

Debtor name  **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

|  | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **FIGUEROA TELEPHONE CONSTRUCTION INC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$30,000.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$570,388.25** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$949,789.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**          Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**          Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

**Part 6:   Certain Payments or Transfers**

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **HATILLO LAW OFFICE, PSC<br>URB REXVILLE<br>BB 20 CALLE 38<br>BAYAMON, PR 00957** | **FILING FEES: $1,738.00<br>PRE-PETITION ATTORNEY FEES: $8,000.00<br>Attorney Fees, Prepaid Services** | **03/28/2025** | **$9,738.00** |
| | Email or website address<br>**hatillolawoffice@yahoo.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:   Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
|  |  |

---

**Part 8:   Health Care Bankruptcies**

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Debtor  **FIGUEROA TELEPHONE CONSTRUCTION INC**        Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**                    Case number *(if known)* _____

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

| **Part 12:** | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor    **FIGUEROA TELEPHONE CONSTRUCTION INC**                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

| | | **Dates business existed** |
|---|---|---|
| 25.1.  **MAXCOM, LLC**<br>**PO BOX 2003**<br>**AGUADA, PR 00602** | **CORPORATION CREATED FOR TELECOMMUNICATION CONSTRUCTION PURPOSES. HOWEVER, IT IS NOT OPERATING.  NEVER OPEN BANK ACCOUNT. THE PRESIDENT OF THIS CORPORATION, MR. ELIAS D FIGUEROA IS VICE PRESIDENT AND TREASURER OF MAXCOM. MAXCOM PRESIDENT IS MR. ARMANDO L SANCHEZ (VICE PRESIDENT OF DEBTOR)** | EIN:    **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**<br><br>From-To    **FROM 04/16/2019 TO PRESENT DATE** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **CPA RAMON TRABAL RIOS & ASOCIADOS LLC**<br>**HC 56 BOX 5006**<br>**AGUADA, PR 00602** | **FROM 2015 TO PRESENT DATE** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

4/02/25 5:32PM

Debtor **FIGUEROA TELEPHONE CONSTRUCTION INC**                  Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|---|
| 27.1. | **FIGUEROA TELEPHONE CONSTRUCTION INC** | | **2024** | **COST VALUE** |

| Name and address of the person who has possession of inventory records |
|---|
| **FIGUEROA TELEPHONE CONSTRUCTION INC** <br> **CARR 115 KM 25 H 8** <br> **BO ASOMANTE** <br> **AGUADA, PR 00602** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ELIAS DE JESUS FIGUEROA CORTES** | **PO BOX 2003 AGUADA, PR 00602** | **PRESIDENT** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MARIA CORTES PEREZ** | **HC 7 BOX 75990 SAN SEBASTIAN, PR 00685** | **SECRETARY** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ARMANDO SANCHEZ VAZQUEZ** | **PO BOX 203 AGUADA, PR 00602** | **VICE PRESIDENT** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**                         Case number *(if known)*  _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **ELIAS DE JESUS FIGUEROA CORTES PO BOX 2003 AGUADA, PR 00602** | **1. SALARY: $2,700.00 NET SALARY/MONTHS $32,400.00 IN A YEAR 2. THE CORPORATION PAYS PRESIDENT HIS MOBILE 3. PHONE OF $90.00/MONTH APPROXIMATELY. 4. THE CORPORATION PAYS PRESIDENT AUTOMOBILE EXPENSES INCLUDING GAS, REPAIRS AND MAINTENANCE.** | | |
| | Relationship to debtor **PRESIDENT OF THE CORPORATION** | | | |
| 30.2. | **ARMANDO SANCHEZ VAZQUEZ PO BOX 2003 AGUADA, PR 00602** | **1. SALARY: $2,700.00 NET SALARY/MONTHS $32,400.00 IN A YEAR 2. THE CORPORATION PAYS VICE-PRESIDENT HIS MOBILE 3. PHONE OF $90.00/MONTH APPROXIMATELY. 4. THE CORPORATION PAYS VICE-PRESIDENT AUTOMOBILE EXPENSES INCLUDING GAS, REPAIRS AND MAINTENANCE.** | | |
| | Relationship to debtor **VICE PRESIDENT** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **FIGUEROA TELEPHONE CONSTRUCTION INC**         Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  2, 2025**   _____

**/s/ ELIAS DE JESUS FIGUEROA CORTES**        **ELIAS DE JESUS FIGUEROA CORTES**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **PRESIDENT**   _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   **FIGUEROA TELEPHONE CONSTRUCTION INC** _____   Case No. _____

Debtor(s)         Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **250.00 per hour** |
| Prior to the filing of this statement I have received | $ | **8,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 4, 2025** _____         **/s/ JAIME RODRIGUEZ PEREZ** _____
_Date_                       **JAIME RODRIGUEZ PEREZ**
                       _Signature of Attorney_
                       **Hatillo Law Office, PSC**
                       **Urb. Rexville**
                       **BB-20 Calle 38**
                       **Bayamon, PR 00957**
                       **787-262-4848  Fax: 787-262-4848**
                       **hatillolawoffice@yahoo.com**
                       _Name of law firm_

# United States Bankruptcy Court
### District of Puerto Rico

In re   **FIGUEROA TELEPHONE CONSTRUCTION INC**    Case No. _____

Debtor(s)    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 2, 2025** _____      Signature   **/s/ ELIAS DE JESUS FIGUEROA CORTES**

**ELIAS DE JESUS FIGUEROA CORTES**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of Puerto Rico

In re   **FIGUEROA TELEPHONE CONSTRUCTION INC**

Case No. _____

Debtor(s)

Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April  2, 2025** _____

**/s/ ELIAS DE JESUS FIGUEROA CORTES**
**ELIAS DE JESUS FIGUEROA CORTES**/**PRESIDENT**
Signer/Title

FIGUEROA TELEPHONE CONSTRUCTION INC
PO BOX 2003
AGUADA, PR 00602

PACWESTERN FINANCIAL
222 S MAIN ST 5TH FLOOR
SALT LAKE CITY, UT 84101

JAIME RODRIGUEZ PEREZ
HATILLO LAW OFFICE, PSC
URB. REXVILLE
BB-20 CALLE 38
BAYAMON, PR 00957

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

ARMANDO SANCHEZ VAZQUEZ
PO BOX 2003
AGUADA, PR 00602

SMALL BUSINESS ADM
DISASTER ASSISTANCE
14925 KINGSPORT ROAD
FORT WORTH, TX 76155-2243

AXESA DIGITAL MARKETING $ MEDIA
PO BOX 191225
SAN JUAN, PR 00919-1225

SMALL BUSINESS ADM
PO BOX 3918
PORTLAND, OR 97208-3918

BANCO POPULAR
PO BOX 363228
SAN JUAN, PR 00936-3228

SMALL BUSINESS ADMINISTRATION
PO BOX 3918
PORTLAND, OR 97208-3918

CAPEX FINANCIAL COMPANY INC
PO BOX 193064
SAN JUAN, PR 00919-3064

STATE INSURANCE FUND CORP
PO BOX 365208
SAN JUAN, PR 00936-5028

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

LCDO ROBERTO GONZALEZ SANCHEZ
127 COLON ST
AGUADA, PR 00602

US DEPARTMENT OF TREASURE
1500 PENNSYLVANUA AVE NW
WASHINGTON, DC 20220

MUNICIPIO DE AGUADA
PO BOX 517
AGUADA, PR 00602

WW GAS STATION
PO BOX 1144
AGUADA, PR 00602

# United States Bankruptcy Court
### District of Puerto Rico

In re   **FIGUEROA TELEPHONE CONSTRUCTION INC**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FIGUEROA TELEPHONE CONSTRUCTION INC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 2, 2025**

Date

**/s/ JAIME RODRIGUEZ PEREZ**

**JAIME RODRIGUEZ PEREZ**

Signature of Attorney or Litigant

Counsel for   **FIGUEROA TELEPHONE CONSTRUCTION INC**

**Hatillo Law Office, PSC**

**Urb. Rexville**
**BB-20 Calle 38**
**Bayamon, PR 00957**
**787-262-4848 Fax:787-262-4848**
**hatillolawoffice@yahoo.com**