# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>FIGUEROA TELEPHONE CONSTRUCTION INC<br>Petitioner (s) | CASE NO: 25-01506 MCF<br><br>CHAPTER 13 |

## NOTICE OF SUBMITTING AMENDED SCHEDULE F

TO THE HONORABLE COURT:

COME (S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

That debtor(s) is submitting with this Notice amendment to the following schedules:

1. AMENDED SCHEDULE F:

    a. *The purpose of this amendment is to clarify debt portion:*

    - ***POPULAR AUTO – ACCOUNT NO. 9558 - $3,084.00***
    - ***POPULAR AUTO – ACCOUNT NO. 7122 - $6,479.14***
    - ***POPULAR AUTO – ACCOUNT NO. 8554 - $7,774.15***
    - ***POPULAR AUTO – ACCOUNT NO. 7973 - $2,381.98***
    - ***CAPEX FINANCIAL – ACCOUNT NO. 5348 - $10,422.00***

3. Dates for meeting creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk´s office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the

Case no. 25-01506 MCF
Amended Schedules F
Page 2 of 2

requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may-in its discretion-schedule a hearing

WE CERTIFY that on this same date, I electronically filed the present motion with the clerk of the court using the CM/ECF Filing System, which will send notification to Monsita Lecaroz Arribas, ustregion21.hr.ecf@usdoj.gov, Emilio A. Miranda Ramirez, ESQ. Bankruptcy Analyst Office of the U.S. Trustee emilio.a.miranda-ramirez@usdoj.gov and all other CM/ECF participants. **I FURTHER CERTIFY** the before mentioned motion has been sent to regular US Mail, to Monsita Lecaroz Arribas, Office of the US Trustee (UST), Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901.

Respectfully Submitted

In Hatillo, Puerto Rico this 1 day of May 2025.

*HATILLO LAW OFFICE, PSC*
*Attor*ney for Petitioner(s)
Urb Rexville
BB20 Calle 38
Bayamón PR 00957
Tel & Fax: (787)262-4848
hatillolawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez
USDC- PR 221011

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **FIGUEROA TELEPHONE CONSTRUCTION INC** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known) | **25-01506-11** |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CRIM**<br>**PO BOX 195387**<br>**SAN JUAN, PR 00919-5387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,366.51 | $747.04 |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**PERSONAL PROPERTY TAXES**<br>**2016 - $619.47**<br>**2022 - $747.04** | | |
| | Last 4 digits of account number **0613**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**MUNICIPIO DE AGUADA**<br>**PO BOX 517**<br>**AGUADA, PR 00602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,836.52 | $16,836.52 |
| | Date or dates debt was incurred<br>**2020 TO 2025** | Basis for the claim:<br>**MUNICIPAL PATENT** | | |
| | Last 4 digits of account number **0613**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **FIGUEROA TELEPHONE CONSTRUCTION INC** | Case number (if known) | **25-01506-11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ARMANDO SANCHEZ VAZQUEZ**<br>**PO BOX 2003**<br>**AGUADA, PR 00602**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number **0613** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **PERSONAL LOAN**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,350.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AXESA DIGITAL MARKETING $ MEDIAA**<br>**PO BOX 191225**<br>**SAN JUAN, PR 00919-1225**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number **7533** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **PUBLICITY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**BANCO POPULAR**<br>**PO BOX 363228**<br>**SAN JUAN, PR 00936-3228**<br><br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number **4912** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **CREDIT CARD PURCHASE**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,364.72** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**CAPEX FINANCIAL COMPANY INC**<br>**PO BOX 193064**<br>**SAN JUAN, PR 00919-3064**<br><br>Date(s) debt was incurred **09/2023**<br>Last 4 digits of account number **5348** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **2019 BACKHOE LOADER - DIGGER MODEL: 310L, VIN NUMBER: 1T0310LXTKF348590. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA PR 00602.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,422.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**PAC WESTERN FINANCIAL**<br>**222 S MAIN ST 5TH FLOOR**<br>**SALT LAKE CITY, UT 84101**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number **0303** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **BUSINESS LOAN**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,000.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**POPULAR AUTO**<br>**PO BOX 366818**<br>**SAN JUAN, PR 00936-6818**<br><br>Date(s) debt was incurred **07/2022**<br>Last 4 digits of account number **9558** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **2022 FORD F150 SUPERCREW BLACK COLOR, FOUR DOORS, IDENTIFICATION PLATE:1118123, VIN NUMBER: 1FTFW1E85NFB27196. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA PR 00602.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,084.00** |

Debtor **FIGUEROA TELEPHONE CONSTRUCTION INC**  Case number (if known) **25-01506-11**
     Name

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,479.14** |
|---|---|---|---|
| | **POPULAR AUTO**<br>**PO BOX 366818**<br>**SAN JUAN, PR 00936-6818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/2022** | **Basis for the claim:** **2022 FORD F150 RAPTOR BLUE COLOR, FOUR DOORS, IDENTIFICATION PLATE:1110745, VIN NUMBER: 1FTFW1RG3NFB19387. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | |
| | Last 4 digits of account number **7122** | | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,774.15** |
|---|---|---|---|
| | **POPULAR AUTO**<br>**PO BOX 366818**<br>**SAN JUAN, PR 00936-6818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **06/2023** | **Basis for the claim:** **2022 FORD F250 SUPER DUTY BLACK COLOR, FOUR DOORS, IDENTIFICATION PLATE:1151705, VIN NUMBER: 1FT7W2BT6NEG08115. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | |
| | Last 4 digits of account number **8554** | | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,381.98** |
|---|---|---|---|
| | **POPULAR AUTO**<br>**PO BOX 366818**<br>**SAN JUAN, PR 00936-6818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/2020** | **Basis for the claim:** **2021 RAM PROMASTER 1500 WHITE COLOR, THREE DOORS, IDENTIFICATION PLATE: 1047193, VIN NUM: 3C6ERVNG3ME505114. LOCATION:CARR 115 KM 25 H8 BO ASOMANTE, AGUADA  PR 00602.** | |
| | Last 4 digits of account number **7973** | | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75,000.00** |
|---|---|---|---|
| | **SMALL BUSINESS ADM**<br>**DISASTER ASSISTANCE**<br>**14925 KINGSPORT ROAD**<br>**FORT WORTH, TX 76155-2243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021** | **Basis for the claim:** **EMERGENCY LOAN** | |
| | Last 4 digits of account number **8106** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **STATE INSURANCE FUND CORP**<br>**PO BOX 365208**<br>**SAN JUAN, PR 00936-5028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017, 2018, 2019** | **Basis for the claim:** **INSURANCE POLICY DEBT** | |
| | Last 4 digits of account number **0613** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,718.01** |
|---|---|---|---|
| | **WW GAS STATION**<br>**PO BOX 1144**<br>**AGUADA, PR 00602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2021** | **Basis for the claim:** **GASOLINE (GAS) SUPPLIER** | |
| | Last 4 digits of account number **0613** | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **FIGUEROA TELEPHONE CONSTRUCTION INC** | Case number (if known) | **25-01506-11** |
|---|---|---|---|
| | Name | | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LCDO ROBERTO GONZALEZ SANCHEZ**<br>**127 COLON ST**<br>**AGUADA, PR 00602** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **SMALL BUSINESS ADM**<br>**PO BOX 3918**<br>**PORTLAND, OR 97208-3918** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **SMALL BUSINESS ADMINISTRATION**<br>**PO BOX 3918**<br>**PORTLAND, OR 97208-3918** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **US DEPARTMENT OF JUSTICE**<br>**950 PENNSYLVANIA AVENUE NW**<br>**WASHINGTON, DC 20530** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **US DEPARTMENT OF TREASURE**<br>**1500 PENNSYLVANUA AVE NW**<br>**WASHINGTON, DC 20220** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **18,203.03** |
| **5b. Total claims from Part 2** | 5b. + | $ | **269,574.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **287,777.03** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **FIGUEROA TELEPHONE CONSTRUCTION INC** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **25-01506-11** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  1, 2025**           X **/s/ ELIAS DE JESUS FIGUEROA CORTES**
                                              Signature of individual signing on behalf of debtor

                                              **ELIAS DE JESUS FIGUEROA CORTES**
                                              Printed name

                                              **PRESIDENT**
                                              Position or relationship to debtor

| | |
|---|---|
| FIGUEROA TELEPHONE CONSTRUCTION INC<br>PO BOX 2003<br>AGUADA, PR 00602 | WESTERN FINANCIAL<br>222 S MAIN ST 5TH FLOOR<br>SALT LAKE CITY, UT 84101 |
| JAIME RODRíGUEZ-PéREZ<br>HATILLO LAW OFFICE, PSC<br>PO BOX 678<br>HATILLO, PR 00659 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| ARMANDO SANCHEZ VAZQUEZ<br>PO BOX 2003<br>AGUADA, PR 00602 | SMALL BUSINESS ADM<br>DISASTER ASSISTANCE<br>14925 KINGSPORT ROAD<br>FORT WORTH, TX 76155-2243 |
| AXESA DIGITAL MARKETING $ MEDIAS<br>PO BOX 191225<br>SAN JUAN, PR 00919-1225 | SMALL BUSINESS ADM<br>PO BOX 3918<br>PORTLAND, OR 97208-3918 |
| BANCO POPULAR<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 | SMALL BUSINESS ADMINISTRATION<br>PO BOX 3918<br>PORTLAND, OR 97208-3918 |
| CAPEX FINANCIAL COMPANY INC<br>PO BOX 193064<br>SAN JUAN, PR 00919-3064 | STATE INSURANCE FUND CORP<br>PO BOX 365208<br>SAN JUAN, PR 00936-5028 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20530 |
| LCDO ROBERTO GONZALEZ SANCHEZ<br>127 COLON ST<br>AGUADA, PR 00602 | US DEPARTMENT OF TREASURE<br>1500 PENNSYLVANUA AVE NW<br>WASHINGTON, DC 20220 |
| MUNICIPIO DE AGUADA<br>PO BOX 517<br>AGUADA, PR 00602 | WW GAS STATION<br>PO BOX 1144<br>AGUADA, PR 00602 |